1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10  JOHN ANDREW SHEPHEARD II,
11          Petitioner,                    No. CIV S-05-1778 DFL CMK P
12      vs.
13  R. KIRKLAND, Warden, et al.,
14          Respondents.                   ORDER
15  _____/
16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of
17  habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis
18  and request for appointment of counsel. In his application, petitioner challenges a conviction
19  issued by the Fresno County Superior Court. Fresno County is part of the Fresno Division of the
20  United States District Court for the Eastern District of California. See Local Rule 3-120(b).
21          Pursuant to Local Rule 3-120(d), a civil action which has not been commenced in
22  the proper division of a court may, on the court's own motion, be transferred to the proper
23  division of the court. Therefore, this action will be transferred to the Fresno Division of the
24  court. This court will not rule on petitioner's request to proceed in forma pauperis and request
25  for appointment of counsel.
26  /////

                                             1

1       Good cause appearing, IT IS HEREBY ORDERED that:

2       1.  This court has not ruled on petitioner's request to proceed in forma pauperis

3 and request for appointment of counsel;

4       2.  This action is transferred to the United States District Court for the Eastern

5 District of California sitting in Fresno; and

6       3.  All future filings shall reference the new Fresno case number assigned and

7 shall be filed at:

      United States District Court
      Eastern District of California
      1130 "O" Street
      Fresno, CA 93721

DATED:   September 13, 2005.

                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE